1
2
3
4
5

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ANTHONY E. GRABICKI, Trustee for the Skyline Contractors, Inc. Estate in Bankruptcy,<br><br>         Plaintiff,<br><br>         v.<br><br>KITTITAS COUNTY, a political subdivision of the State of Washington,<br><br>         Defendant. | NO. 2:15-cv-00355-SAB<br><br>**ORDER GRANTING DISMISSAL WITH PREJUDICE** |

Before the Court is the parties' joint Stipulation of Dismissal with Prejudice, ECF No. 13. The parties represent that all claims should be dismissed with prejudice and without costs or attorneys' fees to any party. The Court **grants** the stipulation.

//
//
//
//
//
//
//

ORDER GRANTING DISMISSAL WITH PREJUDICE ^ 1

Accordingly, **IT IS ORDERED:**

1. The Stipulation of Dismissal with Prejudice, ECF No. 13, is **GRANTED.**

2. All claims in this case are **DISMISSED** with **PREJUDICE**. There is no award of costs or attorneys' fees to any party.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order, provide copies to counsel, and **close** the file.

**DATED** this 25th day of July, 2016.



Stanley A. Bastian
United States District Judge

ORDER GRANTING DISMISSAL WITH PREJUDICE ^ 2